**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL LAW AND MOTION MINUTE ORDER**

| **Date:** 3/24/2022 | **Time:** 1:06-1:14 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:19-cv-00404-DMR | **Case Name:** Sandoval Ortega, et al v. AHO Enterprises, Inc., et al | |

**For Plaintiffs:**
Hector Martinez
Stanley Mallison

**For Defendants:**
Michael Farbstein

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:06-1:14

**PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE**

1. Plaintiffs' Motion for Final Approval of Class Action Settlement [Docket No. 105] is granted

**Order to be prepared by:**
(  )     Plaintiff          (  )     Defendant          (X)     Court

cc: Chambers